|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
|   | Isabel Rose Masanque., SBN 292673 |
| 2 | 100 Pine St., Ste 1250 |
|   | San Francisco, CA 94111 |
| 3 | (858) 375-7385; (888) 422-5191 fax |
|   | isabelm@potterhandy.com |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | |
|   | SEYFARTH SHAW LLP |
| 6 | Jeffrey A. Nordlander (SBN 308929) |
|   | jnordlander@seyfarth.com |
| 7 | 400 Capitol Mall, Ste 2350 |
|   | Sacramento, CA 95814-4428 |
| 8 | Telephone:(916) 448-0159 |
|   | Facsimile:(916) 558-483 |

Attorney for Defendant
HOTEL2SUITES LLC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLANDO GARCIA**, | Case No.: 2:21-CV-02473-DMG-AS |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| **HOTEL2SUITES LLC,** a California Limited Liability Company; and DOES 1-10, | |
| Defendants | |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this entire action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: 12/28/2022　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

By: /s/ *Isabel Rose Masanque*
Isabel Rose Masanque

Attorneys for Plaintiff

Dated: 12/28/2022　　　　　　　　　　　SEYFARTH SHAW LLP

By: /s/ Jeffrey A. Nordlander
Jeffrey A. Nordlander

Attorney for Defendant
HOTEL2SUITES LLC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jeffrey A. Nordlander, counsel for Hotel2Suites LLC., respectively, and that I have obtained Attorney Nordlander's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                    CENTER FOR DISABILITY ACCESS

                                                   By: /s/Isabel Rose Masanque
                                                   Isabel Rose Masanque

                                                   Attorneys for Plaintiff