UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**JS-6 / STAY LIFTED**

| Case No. | **CV 21-2473-DMG (ASx)** | Date | December 28, 2022 |
|---|---|---|---|

| Title | ***Orlando Garcia v. Hotel2Suites, LLC, et al.,*** |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation for dismissal filed on December 28, 2022 [Doc. # 15], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii). Each party to bear his/her/its own attorneys' fees and costs. The stay is LIFTED.

IT IS SO ORDERED.